**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON B. SCRUGGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>　　　　Defendant. | Case No. 5:21-cv-01324-JWH-SHK<br><br>**JUDGMENT** |

Pursuant to the "Order Denying Plaintiff's Motion to Remand [ECF No. 17] and Granting in Part Defendant's Motion to Dismiss [ECF No. 13]," and in accordance with Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332.

2. On July 26, 2022, the Court issued an Order [ECF No. 23] that **DISMISSED** all of the claims of Plaintiff Aaron Scruggs ("Mr. Scruggs") **with leave to amend** and **DIRECTED** Mr. Scruggs to amend his Complaint by August 12, 2022, or his claims would be **DISMISSED with prejudice**. Mr. Scruggs did not amend his Complaint by August 12, 2022. Accordingly, all of Mr. Scruggs's claims are hereby **DISMISSED with prejudice**.

3. Defendant Lowe's Home Centers, LLC shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Mr. Scruggs. Mr. Scruggs shall take nothing by way of his Complaint.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 6, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE